# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00693-CV

**City of New Braunfels; Jan Kotylo, in her official capacity; Pat Clifton, in his official capacity; and Fritz Welsch, in his official capacity, Appellants**

**v.**

**Joseph Tovar, Appellee**

---

**FROM THE DISTRICT COURT OF COMAL COUNTY, 433RD JUDICIAL DISTRICT
NO. C2014-0928A, HONORABLE DIB WALDRIP, JUDGE PRESIDING**

---

### O R D E R

**PER CURIAM**

Under the circumstances of this case, we order that no motions for rehearing may be filed.[1] We further direct the Clerk of this Court to issue the mandate immediately.[2]

It is ordered on May 7, 2015.

Before Justices Puryear, Pemberton, and Bourland

---

[1] *See* Tex. R. App. P. 49.4.

[2] Tex. R. App. P. 18.6.